UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MBFMCA, LLC, MIDWEST
BUSINESS FUNDING, INC. and
SCOTT CALLAHAN,

    Plaintiffs,

Case No. 1:23-cv-02162-JRS-KMB

v.

PAUL C. MILLER, BRIAN M. LEVINE,
AXENTIA MCA SOLUTIONS, LLC, and
AXENTIA CARD SOLUTIONS, LLC,

    Defendants,

JAMES MILLER,

    Relief Defendant.

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST AXENTIA MCA SOLUTIONS, LLC AND AXENTIA CARD SOLUTIONS, LLC

Plaintiffs, MBFMCA, LLC, Midwest Business Funding, Inc. and Scott Callahan ("Plaintiffs"), by and through undersigned counsel, and pursuant to Fed.R. Civ.P. 55, hereby file their Motion for Entry of Default Judgment ("Motion") against Defendants, Axentia MCA Solutions, LLC and Axentia Card Solutions, LLC, and in support thereof, state:

1. On December 2, 2023, Plaintiffs filed their Complaint in this action.

2. On December 27, 2023, Plaintiffs filed their Amended Complaint.

3. Service of summons and Amended Complaint was obtained as follows:

| Defendant | Date of Service, Type of Service |
|---|---|
| Paul C. Miller | December 6, 2023, Personal |
| Brian M. Levine | December 7, 2023, Personal |

| | |
|---|---|
| Axentia MCA Solutions, LLC | December 28, 2023, Email, Upon Consent of Corporate Officer |
| Axentia Card Solutions, LLC | December 28, 2023, Email, Upon Consent of Corporate Officer |

[Dkt. 65]

4. Defendants Axentia MCA Solutions, LLC and Axentia Card Solutions, LLC have failed to plead or otherwise defend themselves against Plaintiffs' Amended Complaint.

5. On July 11, 2024, Plaintiffs filed and served an amended request that the Clerk of the Court enter Defendants default pursuant to Fed.R.Civ.P. 55(a).

6. Default was entered as to Defendants Axentia MCA Solutions, LLC and Axentia Card Solutions, LLC on August 1, 2024.

7. Defendants are not minors or otherwise incompetent. See Affirmation of Peter R. Ginsberg.

8. This Motion is based on the allegations in Plaintiffs' Amended Complaint. Defendant has admitted all of the facts alleged therein by failing to plead or otherwise respond to the Amended Complaint. *See Ortiz-Gonzalez v. Fonovisa*, 277 F.3d 59, 62-63 (1st Cir. 2002) ("A defaulting party is taken to have conceded the truth of the factual allegations in the complaint as establishing the grounds for liability as to which damages will calculated") (internal quotation marks and citation omitted).

9. The facts as established in Plaintiffs' Amended Complaint establish Defendants' liability as to Axentia MCA Solutions, LLC and Axentia Card Solutions, LLC as to Breach of Contract, Fraud in the Inducement, and, with regard to Axentia MCA Solutions, LLC, Breach of Fiduciary Duty.  The Amended Complaint also asserted claims for Unjust

Enrichment. However, those claims were an alternative theory and need not be addressed if judgment is entered on the Breach of Contract claim.

10. This Motion is further based on the facts attested to in the Affirmation of Peter R. Ginsberg, and the record of proceedings and papers on file herein. These materials are sufficient to justify the requested relief.

WHEREFORE, Plaintiffs, MBFMCA, LLC, Midwest Business Funding, Inc., and Scott Callahan, respectfully request entry of a default judgment in favor of Plaintiffs and against Defendants, Axentia MC Solutions, LLC, and Axentia Card Solutions, LLC, in the form of the Proposed Default Judgment attached hereto, and for such other and further relief this Court deems just and proper.

Dated: August 23, 2024

Respectfully submitted,

MOSKOWITZ COLSON GINSBERG & SCHULMAN

By: */s/ Peter R. Ginsberg*
Peter R. Ginsberg
Moskowitz Colson Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
212.257.6455
Email: pginsberg@mcgsllp.com
*Attorney for Plaintiffs*

CHURCH CHURCH HITTLE + ANTRIM

By: *Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
CHURCH CHURCH HITTLE + ANTRIM

Two North Ninth Street
Noblesville, IN 46060
317.773.2190
Email: lroberts@cchalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Jeffrey N. Furminger
Jeff.Furminger@mbcblaw.com

Sean P. Burke
Sean.Burke@mbcblaw.com

Hamish S. Cohen
Hamish.Cohen@mbcblaw.com

MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
*Attorneys for Relief Defendant James Miller*

By: */s/ Peter R. Ginsberg*
Peter R. Ginsberg

I hereby further certify that on August 23, 2024, a true and exact copy of the foregoing was mailed to the following Defendants by U.S. First Class Mail, postage prepaid:

| | |
|---|---|
| Paul C. Miller | Brian M. Levine |
| 9241 High Dr | 210 East 35th Street, Apartment 3A |
| Leawood, KS 66206 | New York, NY 10016 |
| | |
| Axentia MCA Solutions, LLC | Axentia Card Solutions, LLC |
| ATTN: Shawnda Purdy | ATTN: Shawnda Purdy |
| 769 Basque Way, Suite 300 | 769 Basque Way, Suite 300 |
| Carson City, NV, 89706 | Carson City, NV, 89706 |

By: /s/ *Peter R. Ginsberg*
　　Peter R. Ginsberg

Peter R. Ginsberg
Moskowitz Colson Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
212.257.6455
Email: pginsberg@mcgsllp.com
*Attorney for Plaintiffs*